TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Teri Clark

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Teri Clark, | Case No.: 2:16-cv-00899-TLN-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Monterey Financial Services, Inc., | |
| Defendant. | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendant, Monterey Financial Services, Inc, without prejudice and with each party to bear its own attorneys' fees and costs.

Plaintiff

_/s/ Trinette G. Kent____

TRINETTE G. KENT
Attorney for Plaintiff

Defendant

__/s/ Richard M. Scherer, Jr.___

RICHARD M SCHERER, JR.
Attorney for Defendant

DATED:  November 3, 2016

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On November 3, 2016, I served a true copy of foregoing document(s): **STIPULATION AND [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on November 3, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Monterey Financial Services, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1  Executed on November 3, 2016

                                              By: */s/ Trinette G. Kent*
                                              Trinette G. Kent, Esq.
                                              Lemberg Law, LLC